# United States District Court

Eastern District Of Louisiana

UNITED STATES OF AMERICA

v.

RENE MONROE LASALLE
1106 West 19th Street
Covington, Louisiana

(Name and Address of Defendant)

**ORIGINAL**

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-217MAG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  September 19th, 2005  in  St. Tammany Parish , in the  Eastern  District

of  Louisiana  defendant(s) did, (Track Statutory Language of Offense)

in any matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully make a materially false, fictitious and fraudulent statement and representation

In violation of Title  18  United States Code, Section(s)  1001(a)(2) . I further state that I am a(n)  Special Agent, Federal Bureau of Investigation  and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:    x  Yes    _ No

Signature of Complainant
Todd A. Goodson
Special Agent, FBI

Sworn to before me and subscribed in my presence,

October 19, 2005                                          at BATON ROUGE, LOUISIANA
Date                                                      City and State

HONORABLE ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                          Signature of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

EASTERN DISTRICT OF LOUISIANA

BATON ROUGE, LOUISIANA

RENE MONROE LASALLE )
                    )
_____ _)

### AFFIDAVIT

I, TODD A. GOODSON, being duly sworn, do hereby depose and state the following:

1) I am a Special Agent (SA) with the Federal Bureau of the Investigation (FBI), United States Department of Justice, currently assigned to the New Orleans Division Field Office. I have been an SA for approximately one year and am currently assigned to the Public Corruption squad investigating fraud against the government.

2) The information contained in this affidavit is based on an investigation conducted by Special Agents of the FBI along with other federal, state and local law enforcement officers into false statements made by RENE LASALLE in or around August and September 2005 relating to fraudulently obtaining Federal Emergency Management Agency (hereafter referred to as FEMA) money related to Hurricane Katrina evacuation.

3) On or about September 18, 2005, LASALLE was incarcerated in the work release program of the Saint Tammany Parish Sheriff's Office. On this same date, LASALLE applied for Expedited Assistance (EA) funds from FEMA. FEMA EA funds

1

are provided to individuals who are displaced from their primary residence during disasters. In his FEMA application, LASALLE indicated in block number 9 that he was currently residing at a "family/friends dwelling." LASALLE also represented in his application that the residence from which he was displaced (ie, where he was living during the storm) was "1106 W. 19th Street" when, in truth and fact, LASALLE was in the custody of the Saint Tammany Parish Sheriff's Office. LASALLE also indicated in his application that he had essential needs for "food, clothing or shelter", and that he had "disaster related moving and storage expenses."

4) At the time of the application, LASALLE was an inmate of the Saint Tammany Parish Sheriff's Office Work Release Program (hereafter referred to as Sheriff's Office) located at 141 Production Drive, Slidell, Louisiana. LASALLE received a check for $2,000.00 (check number 2221 23333228), dated September 19, 2005, from FEMA for disaster assistance even though he was in the custody of Saint Tammany Parish through September 30, 2005. Along with the check, letters from FEMA addressed to LASALLE were delivered to the Sheriff's Office. A FEMA letter dated September 25, 2005 verified that LASALLE had requested disaster assistance (FEMA Application Number 912132155) and received approval for the Expedited Assistance for housing (EA) payment.

5) On October 3, 2005, LASALLE was interviewed by Captain JEANNIE TRAINOR, supervisor of the Saint Tammany

Parish Work Release Program, and admitted that he applied for FEMA housing assistance relative to an apartment where his brother was residing after his brother was denied FEMA assistance.

6) The aforementioned information indicates that LASALLE was not displaced from his primary residence during Hurricane Katrina; LASALLE claimed that he was staying with family and friends when in fact he was residing in a corrections facility. LASALLE made a false fictitious and fraudulent material misrepresentation by claiming that he was staying with family and friends instead of residing in jail in order to be eligible for FEMA EA funds.

Based on the above information, your affiant believes that there is probable cause to believe that RENE MONROE LASALLE made a materially false, fictitious and fraudulent statement and representation by making false statements concerning his residential status (and other needs) during his alleged evacuation as a result of Hurricane Katrina, in violation of Title 18, United States Code Section 1001(a)(2), all in the Eastern District of Louisiana.

TODD A. GOODSON
Special Agent
Federal Bureau of Investigation
Covington, Louisiana

3