

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR MATERIAL
FALSE STATEMENTS TO THE UNITED STATES

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| VERSUS | * | SECTION: |
| RENE MONROE LASALLE | * | VIOLATION: 18 USC § 1001 |

06-259

\* \* \*

SECT F MAG 4

The United States Attorney charges that:

### COUNT 1

On or about September 18, 2005, in the Eastern District of Louisiana, and elsewhere, the defendant, RENE MONROE LASALLE, did knowingly and willfully make a material false, fictitious and fraudulent statement and representation as to a material fact in a matter within the jurisdiction of the United States Department of Homeland Security, Federal Emergency Management Agency, an agency of the United States, in that he executed

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

an application and received $2000 for expedited emergency assistance using the address of 1106 W. 19th Street, Covington, Louisiana, whereas in truth and fact, as the defendant well knew, he was serving time in a St. Tammany Parish halfway house and did not evacuate from that address on or about August 29, 2005, the day Hurricane Katrina struck Louisiana; all in violation of Title 18, United States Code, Section 1001.

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8514

JAN MASELLI MANN
Assistant United States Attorney
Chief, Criminal Division
Bar Roll No. 9020

CARTER K. D. GUICE, JR.
Assistant United States Attorney
Bar Roll No. 16771

New Orleans, Louisiana
September  8 , 2006

No. ............

# United States District Court

FOR THE

EASTERN ............ DISTRICT OF ............ LOUISIANA

United States of America

vs.

Rene Monroe Lasalle

Bill of Information for Material False Statements to the United States

Violation: 18 U.S.C. § 1001

Filed ................................................ , 19 ........

................................................ Clerk.

By ................................................ , Deputy.

Carter K. D. Guice, AUSA