MINUTE ENTRY
FELDMAN, J.

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

NITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                     NO. 06- 259

RENE LASALLE                               SECTION "F"

```
                         SEPTEMBER 21, 2006
```

CT DEP: STEVE HILL                         CT. REP. TONI TUSA

GOVT: CARTER GUICE
DEFT: MARK MANSFIELD
REARR:     X deft sworn
           X deft pleads guilty to Ct 1
           X Court questions the deft.
           X deft waives reading of the indictment
           X plea letter filed
           X govt. details the evidence
           X Court accepts plea and adjudges deft guilty
           X PSI ordered
           X deft remanded to custody
             deft released on bond
           X sentencing date set for DECEMBER 14, 2006 @10:30 AM

**IT IS ORDERED that the trial and pre-trial of the above defendant is cancelled.**


JS10-.30 MINUTES