FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 21  PM 12: 11

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 06-259 |
| VERSUS | * | SECTION: "F" |
| RENE MONROE LASALLE | * | VIOLATION: 18 USC § 1001 |

### FACTUAL BASIS

Should this matter proceed to trial the government would have proved the following beyond a reasonable doubt through competent evidence and testimony:

A witness from the United States Department of Homeland Security, Federal Emergency Management Agency (FEMA), would testify that FEMA is an agency of the United States of America. That on or about August 29, 2005, Hurricane Katrina struck southeastern Louisiana causing residents in certain areas in the Eastern District of Louisiana, to evacuate. FEMA maintained disaster recovery centers, web-based and telephonic emergency recovery centers to assist victims of Hurricane Katrina. As part of their assistance program, FEMA provided $2000 to assist residents who evacuated due to the hurricane. The witness would further testify that the defendant, **RENE MONROE LASALLE**, executed an application AT THE HALFWAY HOUSE CG MM and received $2000 for expedited emergency assistance using the address of 1106 W. 19TH

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Street, Covington, Louisiana, claiming that he was displaced from that address by Hurricane Katrina.

On or about September 18, 2005, LASALLE was incarcerated in the work release program of the St. Tammany Parish Sheriff's Office. On this same date, LASALLE applied for Expedited Assistance (EA) funds from FEMA. FEMA EA funds are provided to individuals who are displaced from their primary residence during disasters. In his FEMA application, LASALLE indicated in block number 9 that he was currently residing at a "family/friends dwelling." LASALLE also represented in his application that the residence from which he was displaced (ie, where he was living during the storm) was "1106 W. 19th Street" when, in truth and fact, LASALLE was in the custody of the St. Tammany Parish Sheriff's Office. LASALLE also indicated in his application that he had essential needs for "food, clothing or shelter," and that he had "disaster related moving and storage expenses," when in truth he had none.

The government would introduce testimony and documentary evidence that would prove that at the time of his FEMA application, LASALLE was an inmate of the St. Tammany Parish Sheriff's Office Work Release Program (hereafter referred to as Sheriff's Office) located at 141 Production Drive, Slidell, Louisiana.

_____     _____  Sept 21, 2006
RENE MONROE LASALLE (Date)   CARTER K. D. GUICE, JR. (Date)
Defendant                    Assistant United States Attorney

_____ 9/21/06
MARK MANSFIELD, Esq.  (Date)
Attorney for the defendant